B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

District of Delaware

In re   Christopher Thuys, Sr.   ,   Case No.   19-11163

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V | Sun West Mortgage Company, Inc. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

   Rushmore Loan Management Services
   P.O. Box 55004
   Irvine, CA 92619-2708

Court Claim # (if known):   4-1
Amount of Claim:   $234.262.05
Date Claim Filed:   07/15/2019

Phone:   888-504-6700
Last Four Digits of Acct #:   6812

Phone:   n/a
Last Four Digits of Acct. #:   7700

Name and Address where transferee payments should be sent (if different from above):

   Rushmore Loan Management Services
   P.O. Box 52708
   Irvine. CA 92619-2708

Phone:   888-504-6700
Last Four Digits of Acct #:   6812

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:   /s/ Christopher K. Baxter                    Date:   04/15/2022
        Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing document was served on the Debtor via United States Mail at the address listed on PACER, and to the Debtor's attorney, the Chapter 13 Trustee, the U.S. Trustee, and all parties requesting notice via CM/ECF on April 15, 2022.

Christopher Thuys, Sr.
5903 Stone Pine Road
Wilmington, DE 19808

Marinosci Law Group, P.C.
*/s/   Christopher K. Baxter*
Email: BKinquiries@mlg-defaultlaw.com
ATTORNEYS FOR CREDITOR